UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD COOPER,

        Plaintiff,         Case no. 07-12481
                                   HON. JOHN CORBETT O'MEARA

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.

_____/

## ORDER ACCEPTING MAGISTRATE JUDGE BINDER'S
## REPORT AND RECOMMENDATION AND ORDER OF TRANSFER

      The Court having reviewed Magistrate Judge Binder's Report and Recommendation, filed October 05, 2007, as well as Plaintiff's Objection, and being fully advised in the premises;

      IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

      IT IS FURTHER ORDERED that the Clerk of the Court transfer this case to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 1391(b) and 1406(a).


                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: October 26, 2007

Certificate of Service

      I hereby certify that the foregoing order was served upon the parties of record on October 26, 2007, by electronic and/or U.S. mail.

                                                                                    s/William Barkholz
                                                                                    Case Manager